**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

SNR WIRELESS LICENSECO, LLC,

    Appellant-Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION,

    Appellee-Respondent.

No. 15-1330 (and consolidated cases)

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

In accordance with D.C. Circuit Rule 15(c)(3), Appellant-Petitioner provides the following information:

    **A.    PARTIES**

    1.    The following are parties in this Court:

    a. <u>Appellants-Petitioners</u>:  SNR Wireless LicenseCo, LLC (15-1330 & 15-1331) and Northstar Wireless, LLC (15-1332 & 15-1333).

    b. <u>Appellees-Respondents</u>:  Federal Communications Commission and United States of America (only in 15-1331 & 15-1333).

    2.    SNR Wireless LicenseCo, LLC was an applicant and winning bidder for spectrum licenses in Auction 97 conducted by the Federal Communications Commission.  SNR Wireless LicenseCo's direct parent company is SNR Wireless

HoldCo, LLC.  SNR Wireless HoldCo's direct parent company is SNR Wireless Management, LLC; its direct parent company in turn is Atelum LLC, which has a sole managing member, John Muleta.  DISH Network Corporation, a publicly traded company listed on the NASDAQ stock exchange, has (through privately held subsidiaries) a greater than 10 percent ownership interest in SNR Wireless HoldCo.  DISH Network Corporation has no parent companies.

**B.    RULING UNDER REVIEW**

Appellant-Petitioner challenges the Memorandum Opinion and Order of the Federal Communications Commission captioned *Northstar Wireless, LLC, SNR Wireless LicenseCo, LLC, Applications for New Licenses in the 1695-1710 MHz, and 1755-1780 MHz and 2155-2180 MHz Bands,* File Nos. 0006670613, 0006670667, FCC 15-104 (rel. Aug. 18, 2015).

**C.    RELATED CASES**

This case (Nos. 15-1330, 15-1331) is related to *Northstar Wireless, LLC v. Federal Communications Commission*, Nos. 15-1332, 15-1333, which also challenges the Commission's Order.  The foregoing cases were consolidated on September 22, 2015, by an order issued on this Court's own motion.

Respectfully submitted,

/s/ Catherine E. Stetson
CATHERINE E. STETSON
ARI Q. FITZGERALD
R. CRAIG KITCHEN
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
TEL: (202) 637-5600
FAX: (202) 637-5910
cate.stetson@hoganlovells.com

*Counsel for SNR Wireless LicenseCo, LLC*

Dated: October 22, 2015

## **CERTIFICATE OF SERVICE**

I certify that on October 22, 2015, the foregoing Certificate as to Parties, Rulings, and Related Cases was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all registered users.

/s/ Catherine E. Stetson
CATHERINE E. STETSON
