# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 15-1330**　　　　　　　　　　　　　　**September Term, 2015**

**FCC-15-104**

**Filed On:** January 15, 2016

SNR Wireless Licenseco, LLC,

      Appellant

   v.

Federal Communications Commission,

      Appellee

-----------------------------

Consolidated with 15-1331, 15-1332, 15-1333

     **BEFORE:**　　Henderson, Rogers, and Srinivasan, Circuit Judges

### O R D E R

     Upon consideration of the unopposed motion for leave to file a single oversized brief, it is

     **ORDERED** that the motion be granted. Appellants/Petitioners may file a joint brief of 16,500 words. It is

     **FURTHER ORDERED** that the Federal Communications Commission be allotted 16,500 words for its responsive brief.

     The briefing schedule issued November 13, 2015 remains in effect.

### Per Curiam

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

           BY:　/s/
                        Robert J. Cavello
                        Deputy Clerk